# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERCIA,

Plaintiff,

v.

RECARDO BONNER,                                               No. 07-30136-DRH

Defendant.

## ORDER

**HERNDON, Chief Judge:**

On October 3, 2008, the Court issued an Order continuing the trial scheduled for November 10, 2008 until December 8, 2008 (Doc. 174).  Defendant Bonner was inadvertently left off of the previous Order.  The Court hereby adopts the previous Order (Doc. 174) as to Defendant Bonner.

In the previous Order, the Court found that the trial should be postponed because Defendant Everitt had been granted extended time in which to review discovery and file pretrial motions. In addition, the Court found that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweighed the interests of the public and Defendant Everitt in a speedy trial.  The Court granted Defendant Everitt's motion to continue trial (Doc. 170) and **CONTINUED** the jury trial *as to all Defendants* scheduled for November 10, 2008 until **December 8, 2008 at 9:00am**.  The time from the date Defendant's motion was filed, September 24, 2008 until the date on which the trial was rescheduled, December 8, 2008, was excludable time for the purposes of a speedy trial.

Although Defendant Bonner was inadvertently left off of the previous Order continuing the trial as to all Defendants (Doc. 174), his scheduled trial will also be **CONTINUED** from November 10, 2008 until **December 8, 2008 at 9:00a.m**. The time from the date Defendant's motion was filed, September 24, 2008 until the date on which the trial is rescheduled, December 8, 2008, is also exclubable time as to Defendant Bonner for the purposes of a speedy trial.

**IT IS SO ORDERED.**

Signed this 3rd day of November, 2008.

/s/   *DavidRHerndon*
**Chief Judge**
**United States District Court**