# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**RECARDO BONNER,**

**Defendant.**                                                          **No. 07-30136-DRH**

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant Recardo Bonner's Motion for Extension of Time to File Objections to Presentence Investigation Report ("PSR") (Doc. 354). Defendant Bonner argues that his counsel was not sent a copy of the pre-sentence report and needs an additional fourteen days to file objections. Defendant also argues that his counsel requires additional time to research issues that were raised upon review of the PSR with Defendant.

As to Defendant's argument that his counsel did not receive a copy of the PSR, the Court notes that Counsel had access to the PSR through CM/ECF and should have accessed CM/ECF in order to obtain the PSR in a timely fashion. The Court also notes that if counsel failed to receive notice of the filing of the PSR, it is most likely due to the fact that Counsel failed to update his email address with the Clerk of Court. Counsel is required to keep the Clerk advised at all times of his current contact information. However, because Defendant argues that his counsel needs additional time to research issues raised upon review of the PSR with the

Defendant, the Court **GRANTS** Defendant Bonner's motion for extension of time to file objections (Doc. 354). Defendant will have to and including **August 28, 2009** in which to file objections.

**IT IS SO ORDERED.**

Signed this 17th day of August, 2009.

/s/     *David R Herndon*

**Chief Judge**
**United States District Court**